In the Matter of the Application of JOHN F. FRANZ, Appellant, for a Peremptory Order of Mandamus against EUGENE M. HEINEY, as City Clerk of the City of New Rochelle, Respondent.— Order denying motion for a peremptory mandamus order affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell and Tompkins, JJ., concur; Scudder, J., dissents and votes for reversal.

SIMON J. LAPOF, Respondent, v. LINA POSTULNICK and ABRAHAM POSTULNICK, Appellants, and A. POSTULNICK REALTY CORPORATION, Defendant.— Order denying motion to open the default after failure to deliver undertaking as ordered affirmed. Appeal from judgment dismissed, with costs. The appeal from judgment entered pursuant to a previous order entered on default, from which order no appeal was taken, is not reviewable and must be dismissed as a matter of law. (Civ. Prac. Act, § 557, subd. 1; Glens Falls Ins. Co. v. Extension D. Co., Nos. 1–4, 154 App. Div. 305.) Appeals from orders dated August 13 and August 23, 1930, are dismissed, having been abandoned. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

EDWARD LOSO, Respondent, v. " PHILIP " A. SPAIN, First Name Fictitious, True First Name Unknown to Plaintiff, Party Intended Residing at 911 Green Avenue, Brooklyn, N. Y., Appellant.— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

GRACE LOSO, Respondent, v. " PHILIP " A. SPAIN, First Name Fictitious, etc., Appellant.— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper Carswell, Scudder and Davis, JJ., concur.

JOHN MOLLER, Respondent, v. THE PEOPLE'S NATIONAL BANK OF BROOKLYN, Appellant.— Order granting plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

MUNSON REALTY COMPANY, INC., Respondent, v. MELROSE BOND AND MORTGAGE CORPORATION, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. The appellant may not appeal from an order entered on its own motion. (Raymond v. Tiffany, 115 App. Div. 350.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MORRIS OXHANDLER, Respondent, v. BERRANS REALTY CO., INC., and JOSEPH BERRAN, Appellants, and ADOLPH GOLDBERG, Defendant.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.